**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bay Ridge Chiropractic Healthcare P.C. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Bay Ridge Holistic Healthcare |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1539238 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1255 Paterson Plank Rd.<br>Number        Street | Number        Street |
| <br> | P.O. Box |
| Secaucus          NJ    07094<br>City                State    ZIP Code | City                State    ZIP Code |
| Hudson County<br>County | **Location of principal assets, if different from principal place of business** |
| | Number        Street |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.thebrooklynchiropractor.com/ |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

621310

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/20/2019
MM  / DD / YYYY

✖ /s/ Carey Skorski
Signature of authorized representative of debtor

Carey Skorski
Printed name

Title President

**18. Signature of attorney**

✖ /s/ Julie Curley
Signature of attorney for debtor

Date 06/20/2019
MM   / DD / YYYY

Julie Curley
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number      Street

Scarsdale          NY        10583
City                State     ZIP Code

(914) 401-9500          jcurley@kacllp.com
Contact phone           Email address

4325494                 NY
Bar number              State

**United States Bankruptcy Court**

**IN RE:**                                                                                    Case No._____

Bay Ridge Chiropractic Healthcare P.C.
_____    Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Carey Skorski<br>141 Columbia Ave, Jersey City, NJ 07307 | 100 | |

**Fill in this information to identify the case:**

Debtor name _____ Bay Ridge Chiropractic Healthcare P.C. _____

United States Bankruptcy Court for the: _____ Eastern District of New York _____
                                                            (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**  **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................  $ _____ 22,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................  $ _____ 22,000.00

---

**Part 2:**  **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............  $ _____ 627,040.40

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................  $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................  +$ _____ 320,465.90

4. **Total liabilities** ........................................................................................................................  $ _____ 947,506.30
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Bay Ridge Chiropractic Healthcare P.C.

United States Bankruptcy Court for the:  Eastern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Spencer Savings Bank | Checking | 0  7  9  8 | $ 0.00 |
   | 3.2. | See continuation sheet | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. | _____ | $_____ |
   |---|---|---|
   | 4.2. | _____ | $_____ |

5. **Total of Part 1**   $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. | Security Deposit with Landlord (Possibly applied to arrears) | $ Unknown |
   |---|---|---|
   | 7.2. | _____ | $_____ |

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                  $ 0.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 30,000.00 | − 30,000.00 | = ....➔ | $ 0.00 |
| 11b. Over 90 days old: | 10,000.00 | − 10,000.00 | = ....➔ | $ 0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 0.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                 % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.        $_____

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|--------|----------------------------------------|------------------------|
|        | Name                                   |                        |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** Nutritional supplies: NutraWest, Isagenix, Standard pı | MM / DD / YYYY | $ | | $ 1,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor ___Bay Ridge Chiropractic Healthcare P.C._____     Case number *(if known)*_____
       Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                             $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Miscellaneous office furniture for reception area, waiting room, exam room, 6 treatment rooms, 4 offices; tables, desks, chairs, TVs | $_____ | _____ | $ 5,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers; TVs; (2) Fujistu scanners | $_____ | _____ | $ 1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                           $ 6,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|--------|----------------------------------------|------------------------|
|        | Name                                   |                        |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
(7) chiropractic tables; (2) adjusting guns; (3) percussion units; traction unit; X-ray machine; MyoVision machine (surface EMG testing); Neuropulse heartrate variability testing

$_____                    $ 15,000.00

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 15,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website: https://www.thebrooklynchiropractor.com; Phone number: | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br> | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Patient List | $_____ | _____ | 0.00<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>Goodwill | $_____ | _____ | Unknown<br>$_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Bay Ridge Chiropractic Healthcare P.C.
_____    Case number (if known)_____
         Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➡    $_____
                                        Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim        _____

Amount requested     $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim        _____

Amount requested     $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____Bay Ridge Chiropractic Healthcare P.C._____     Case number (*if known*)_____
                Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................. ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 22,000.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................    22,000.00    $ 22,000.00

| Debtor 1 | Bay Ridge Chiropractic Healthcare P.C. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## <u>Continuation Sheet for Official Form 206 A/B</u>

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **Santander Business Checking Account** | **Checking** | **4318** |

**Balance: 0.00**

| | | |
|---|---|---|
| **PNC Business Checking Account** | **Checking** | **5044** |

**Balance: 0.00**

| | | |
|---|---|---|
| **Chase Business Checking Account** | **Checking** | **0271** |

**Balance: 0.00**

**Fill in this information to identify the case:**

Debtor name _____Bay Ridge Chiropractic Healthcare P.C._____

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>Amount of claim<br>Do not deduct the value<br>of collateral. | *Column B*<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>BB&T Commercial Equipment Capital Corp.<br><br>**Creditor's mailing address**<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 9/7/2017<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>Goods, Software and Equipment Financed<br><br><br>**Describe the lien**<br>Agreement you made<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown | $ 0.00 |
| **2.2** **Creditor's name**<br>Carey Skorski<br><br>**Creditor's mailing address**<br>141 Columbia Ave<br>Jersey City, NJ 07307<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 4/16/19<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>   ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>   ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br>Receivables<br><br><br>**Describe the lien**<br>Agreement you made<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 627,040.40

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
CHTC Company

_____

**Creditor's mailing address**

P.O. Box 2576
Springfield, IL 62708

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   8/25/2016
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets now owned or hereafter accquired

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

---

**2.4** **Creditor's name**
CSC as Rep

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/22/2018
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All of the Debtor's goods, invenotry, machinery, equipment, furniture and fixtures, A/R, Real Property Lease, Notes, Bills,

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** **Creditor's name**
CSC as Rep

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 4/1/2019
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets now owned or hereafter acquired

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

---

**2.6** **Creditor's name**
CSC as Rep

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All accounts, chattel paper, cash, deposit accounts, documents, equipment, general intangibles, instruments, inventory

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
EBP Partners LLC dba Everest Business Funding

**Creditor's mailing address**

8200 NW 52nd Terrace 2nd Floor
Miami, FL 33166

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[_____]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Future Receivables

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$62,523.84    $0.00

---

**2.8** **Creditor's name**
EBP Partners LLC dba Everest Business Funding

**Creditor's mailing address**

8200 NW 52nd Terrace 2nd Floor
Miami, FL 33166

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[_____]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,720.00    $0.00

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** **Creditor's name**
Fox Capital Group

**Creditor's mailing address**

1001 N. Federal HWY Ste 310
Hallandale, FL 33009

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [ ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Future Receivables

$27,664.00     $ 0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** **Creditor's name**
Green Capital Funding LLC

**Creditor's mailing address**

c/o Vadim Serebro Esq.
55 Broadway, 3rd Floor, New York, NY 100

**Creditor's email address, if known**

**Date debt was incurred** 3/25/19
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [ ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Future Receivables

$36,356.00     $ 0.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known)_____ |
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11 Creditor's name**
JPMorgan Chase Bank, NA

**Describe debtor's property that is subject to a lien**
All inventory, chattel paper, accounts, equipment, general intangibles

$38,705.90     $ 0.00

**Creditor's mailing address**

Collateral Mgmt Small Business
PO Box 6026 IL1-1145, Chicago, IL 60680-

**Creditor's email address, if known**

**Date debt was incurred**    9/11/2017
**Last 4 digits of account number**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.12 Creditor's name**
Kash Capital

**Describe debtor's property that is subject to a lien**
All assets now owned or hereafter acquired

$ 61,740.00     $ 0.00

**Creditor's mailing address**

475 Northern Blvd
Ste 36, Great Neck, NY 11021

**Creditor's email address, if known**

**Date debt was incurred**    4/15/19
**Last 4 digits of account number**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor  Bay Ridge Chiropractic Healthcare P.C.
_____
Name

Case number (*if known*)_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.13** **Creditor's name**
Legend Funding
_____

**Creditor's mailing address**

767 3rd Avenue, 32 Floor
_____
New York, NY 10017
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   
   ┌─────────────────────────────┐
   │                             │
   └─────────────────────────────┘
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

┌─────────────────────────────────────┐
│ Future Receivables                  │
│                                     │
│                                     │
│                                     │
│                                     │
└─────────────────────────────────────┘

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $3,000.00    Column B: $0.00

---

**2.14** **Creditor's name**
Merchant Advance
_____

**Creditor's mailing address**

c/o Joel Liberman
_____
124 Grove Avenue/POB 356, Cedarhurst, N
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   
   ┌─────────────────────────────┐
   │                             │
   └─────────────────────────────┘
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

┌─────────────────────────────────────┐
│                                     │
│                                     │
│                                     │
│                                     │
│                                     │
└─────────────────────────────────────┘

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $50,041.00    Column B: $0.00

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15** **Creditor's name**
Navitas Credit Corp

**Describe debtor's property that is subject to a lien**

Inv #430 Dated 4/3/18 & Inc #PC-4893 Dated 4/3/18

$0.00                    $0.00

**Creditor's mailing address**

111 Executive Center Drive
Suite 102, Columbia, SC 29210

**Creditor's email address, if known**

**Date debt was incurred**   4/4/2018
**Last 4 digits of account number**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**
Navitas Credit Corp.

**Describe debtor's property that is subject to a lien**

(1) TS 3000 Wellness System with Accessories

$0.00                    $0.00

**Creditor's mailing address**

111 Executive Center Dr.
Suite 102, Columbia, SC 29210

**Creditor's email address, if known**

**Date debt was incurred**   2/10/2017
**Last 4 digits of account number**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | | Case number (*if known*)_____ |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17 Creditor's name**

NCMIC Finance Corporation

_____

**Creditor's mailing address**

14001 University Ave
Clive, IA 50325

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/12/2017
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

(1) Back on Trac II; (1) Knee on Trac; (1) PMT-120 Desktop; (1) Standard Human Loop Set of 3; (1) Therapy Mat; (1) Long Paddle; (1) Giant Butterfly

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $26,153.00    Column B: $0.00

---

**2.18 Creditor's name**

On Deck Capital Inc.

_____

**Creditor's mailing address**

101 West Colfax Ave, 10th Floor
Denver, CO 80202

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $90,000.00    Column B: $0.00

---

Debtor  Bay Ridge Chiropractic Healthcare P.C.
_____
Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** Creditor's name
SPG Advance LLC
_____

Creditor's mailing address
_____
1221 McDonald Ave
_____
11230
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account
number              _____

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
     priority?
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

   [                                    ]

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

Describe debtor's property that is subject to a lien

Future Receivables

$77,118.66                    $0.00

Describe the lien
Agreement you made
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.20** Creditor's name
Susquehanna Salt Lake, LLC
_____

Creditor's mailing address
_____
136 E. South Temple Ste 1400
_____
Salt Lake City, UT 84111
_____

Creditor's email address, if known
_____

Date debt was incurred    12/10/2018
Last 4 digits of account
number              _____

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
     priority?
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

   [                                    ]

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

Describe debtor's property that is subject to a lien

Future Sale Proceeds

$82,018.00                    $0.00

Describe the lien
Agreement you made
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** **Creditor's name**
U.S. Bank Equipment Finance

_____

**Creditor's mailing address**

1310 Madrid Street
Marshall, MN 56258

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   5/30/18

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

! Pulse XL Pro; 1 Chair Pad; 1 Rocker; 1 10" Paddle; 1 Back on Trac II

$40,000.00        $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.22** **Creditor's name**
U.S. Bank Equipment Finance

_____

**Creditor's mailing address**

1310 Madrid Street
Marshall, MN 56258

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/14/2015

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Chiropractic Xray Unit with Tubestand; DR System/Naomi C Package with Accessories

$11,000.00        $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lear Financial Corporation<br>146 Anton Road<br>Wynnewood, PA, 19096 | Line 2. 1 | _____ |
| Nossom T. Abrams Esq.<br>30 Wall Street, 8th Floor<br>New York, NY, 10005 | Line 2. 9 | _____ |
| Sandstone Funding LLC<br>106 Apple Street Ste 200C<br>Eatontown, NJ, 07724 | Line 2. 10 | _____ |
| Stephen B. Elggren, PC<br>PO Box 709598<br>Sandy, UT, 84070-9598 | Line 2. 20 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Bay Ridge Chiropractic Healthcare P.C. |
| United States Bankruptcy Court for the: | Eastern District of New York |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor    Bay Ridge Chiropractic Healthcare P.C.
_____    Case number (*if known*)_____
            Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
American Express
PO Box 981537
El Paso, TX, 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 50,252.35

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    2009

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**
Chase Ink
PO Box 15298
Wilmington, DE, 19850-5298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 14,604.33

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    0155

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**
iHeart Media
PO Box 419499
Boston, MA, 02241-9499

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Advertising

$ 6,150.00

**Date or dates debt was incurred**    4/30/19
**Last 4 digits of account number**    9356

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**
PNC Bank
PO Box 747032
Pittsburgh, PA, 15274-7032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Line of Credit

$ 98,175.22

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    5338

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**
Santander  Bank NA
PO Box 841002
Boston, MA, 02284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Line of Credit

$ 150,000.00

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    8556

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**
Spectrum Business
400 Atlantic St
Stamford, CT, 06901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Internet/Phone

$ Unknown

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 7 **Nonpriority creditor's name and mailing address**

SPL Partners LLC
6807 11th Avenue
Brooklyn, NY, 11219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent arrears

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 8 **Nonpriority creditor's name and mailing address**

Stable Car Parking Inc
9201 4th Ave
Brooklyn, NY, 11209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    4/30/19
Last 4 digits of account number    2008

$ 1,284.00

---

**3.____ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$_____

---

**3.____ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$_____

---

**3.____ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$_____

---

Debtor    Bay Ridge Chiropractic Healthcare P.C.            Case number *(if known)*_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 320,465.90 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 320,465.90 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Bay Ridge Chiropractic Healthcare P.C.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>Chapter 7</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Patient Referral System<br>Lessee | Synchrony (Care Credit)<br>PO Box 960061<br>Orlando, FL, 32896-0061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | (1) Back on Trac II; (1) Knee on Trac; (1) PMT-120 Desktop; (1) Standard Human Loop Set of 3; (1) Therapy Mat; (1) Long Paddle; (1) | NCMIN Finance Corporation<br>PO Box 4866<br>Des Moines, IA, 50305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Goods, Software and Equipment Financed<br>Lessee | BB&T Commercial Equipment Capital<br>2 Great Valley Parkway; Suite 300<br>Malvern, PA, 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | D&A Solution & XRay Systems: Used Chiropractic XRay Unit with Fixed Tubestand<br>DR System/Naomi C Package with | U.S Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN, 56258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Misc Medical Equipment<br>Pulse XL Pro<br>Pulse Chair Pad<br>Pulse Rocker | U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN, 56258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Bay Ridge Chiropractic Healthcare P.C.                    Case number (*if known*)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | TS 3000 Wellness System & Accessories Lessee | Navitas Credit Corp. 201 Executive Center Dr. Suite 100 Columbia, SC, 29210 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease Lessee | SPL Partners LLC 6807 11th Avenue Brooklyn, NY, 11219 |
| | **State the term remaining** | Expires June 30, 2019 | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name   Bay Ridge Chiropractic Healthcare P.C.

United States Bankruptcy Court for the:   Eastern District of New York

Case number (If known):   _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | A New You Chirop | A New You Chiropractic Healthcare PC<br>1255 Paterson Plank Rd<br>Secaucus, NJ, 07094 | Legend Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Carey Skorski | Carey Skorski<br>141 Columbia Ave<br>Jersey City, NJ, 07307 | Susquehanna Salt Lake, L | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Carey Skorski | Carey Skorski<br>141 Columbia Ave<br>Jersey City, NJ, 07307 | SPG Advance LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Carey Skorski | Carey Skorski<br>141 Columbia Ave<br>Jersey City, NJ, 07307 | Legend Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Carey Skorski | Carey Skorski<br>141 Columbia Ave<br>Jersey City, NJ, 07307 | Kash Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Carey Skorski | Carey Skorski<br>141 Columbia Ave<br>Jersey City, NJ, 07307 | Green Capital Funding LL | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|--------|----------------------------------------|------------------------|
|        | Name                                   |                        |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 A New You Chirop| | A New You Chiropractic Healthcare PC 1255 Paterson Plank Rd Secaucus, NJ, 07094 | Fox Capital Group | ☑ D ☐ E/F ☐ G |
| 2.8 Carey Skorski | Carey Skorski 141 Columbia Ave Jersey City, NJ, 07307 | Fox Capital Group | ☑ D ☐ E/F ☐ G |
| 2.9 Carey Skorski | Carey Skorski 141 Columbia Ave Jersey City, NJ, 07307 | EBP Partners LLC dba E\ | ☑ D ☐ E/F ☐ G |
| 2.10 Carey Skorski | Carey Skorski 141 Columbia Ave Jersey City, NJ, 07307 | EBP Partners LLC dba E\ | ☑ D ☐ E/F ☐ G |
| 2.11 Carey Skorski | Carey Skorski 141 Columbia Ave Jersey City, NJ, 07307 | Merchant Advance | ☑ D ☐ E/F ☐ G |
| 2.12 Carey Skorski | Carey Skorski 141 Columbia Ave Jersey City, NJ, 07307 | On Deck Capital Inc. | ☑ D ☐ E/F ☐ G |
| 2.13 Carey Skorski | Carey Skorski 141 Columbia Ave Jersey City, NJ, 07307 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.14 Carey Skorski | Carey Skorski 141 Columbia Ave Jersey City, NJ, 07307 | NCMIC Finance Corporat | ☑ D ☐ E/F ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Bay Ridge Chiropractic Healthcare P.C.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 543,849.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,598,003.00 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,634,627.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | To be Provided<br>Creditor's name | _____<br>_____<br>_____ | $ 0.00 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | To be Provided<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ 0.00 | |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor    Bay Ridge Chiropractic Healthcare P.C.
_____
Name

Case number *(if known)*_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Fox Capital Group<br>_____<br>Creditor's name<br>1001 N. Federal HWY Ste 310<br>Hallandale, FL 33009 | Froze Merchant Credit Card Processing | 05/2019 | $ 0.00 |
| 5.2. | Green Capital Funding LLC<br>_____<br>Creditor's name<br>c/o Vadim Serebro Esq.<br>55 Broadway, 3rd Floor<br>New York, NY 10006 | Froze Chase bank accounts ending in 0271 & 5035 | 05/2019 | $ 0.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Fox Capital Group Inc. v. A New You Chiropractic Healthcare PC, et al. | | Supreme Court of the State of New York | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>1534/2019 | | Kings County | |
| 7.2. | Merchant Advance v. Bay Ridge Chiropractic Healthcare PC | | Supreme Court of the Stat of New York | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>508587/2019 | | Kings County | |

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known)_____ |
|--------|----------------------------------------|--------------------------------------------------|
|        | Name                                   |                                                  |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|-----------------------------|-------|
|                              | _____ | $_____ |
| _____ | **Case title** | **Court name and address** |
| Custodian's name | | |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Corporate Turnaround | $7,000 Retainer<br>$2,000 (35% of settled debt) | 4/2019 | $_____ |
| | **Address** | | | |
| | 95 Route 17<br>Paramus, NJ 07652 | | | |
| | **Email or website address**<br>adam@corporateturnaround.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kirby Aisner & Curley LLP | | 6/6/2019 | $ 7,335.00 |
| | **Address**<br>700 Post Road<br>Suite 237<br>Scarsdale, NY 10583 | | | |
| | **Email or website address**<br>jcurley@kacllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |

---

Debtor    Bay Ridge Chiropractic Healthcare P.C.
_____    Case number *(if known)*_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Fox Capital Group | Future Receipts | 3/12/19 | $ 35,750.00 |

**Address**
1001 N. Federal HWY Ste 310
Hallandale, FL 33009

**Relationship to debtor**
None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | Green Capital Funding LLC | Future Receivables | 3/25/19 | $ 43,770.00 |

**Address**
One Evertrust Plaza
Suite 1401
Jersey City, NJ 07302

**Relationship to debtor**
None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Bay Ridge Chiropractic Healthcare P.C.
_____    Case number (*if known*)_____
          Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☑ diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Bay Ridge Holistic Healthcare<br>_____<br>Facility name | Chiropractic care, wellness, nutritional coaching | _____ |
| | 9201 4th Avenue<br>Suite 400<br>Brooklyn, NY 11209 | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | 9201 4th Avenue, Suite 300, Brooklyn, NY 11209 | *Check all that apply:*<br>☑ Electronically<br>☑ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Healthcare _____

   Does the debtor have a privacy policy about that information?

   ☐ No
   ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No
   ☐ Yes

---

Debtor      Bay Ridge Chiropractic Healthcare P.C.
            _____          Case number (*if known*)_____
            Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>Name<br>201 64th Street<br>Brooklyn, NY 11220 | | Filing cabinets, papers | ☑ No<br>☐ Yes |
| Address | | | |

---

Debtor    Bay Ridge Chiropractic Healthcare P.C.
_____    Case number (*if known*)_____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (if known) |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | | | From _____   To _____ |

---

| Debtor | Bay Ridge Chiropractic Healthcare P.C. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Anthony Composto | From _____ |
| Name | To _____ |
| 718-232-9822 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Anthony Composto | |
| Name | |
| 718-232-9822 | |

Debtor    Bay Ridge Chiropractic Healthcare P.C.      Case number *(if known)*_____
<br>Name

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |
| 26d.1. _____<br>Name |

| Name and address |
| --- |
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
<br>☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
| --- |
| 27.1. _____<br>Name |

Debtor    Bay Ridge Chiropractic Healthcare P.C.    Case number *(if known)*_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
      Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carey Skorski | 141 Columbia Ave, Jersey City, NJ 07307 | President | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

Debtor    Bay Ridge Chiropractic Healthcare P.C.      Case number *(if known)*_____
       Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/20/2019
        MM / DD / YYYY

✘ /s/ Carey Skorski           Printed name   Carey Skorski
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name  Bay Ridge Chiropractic Healthcare P.C.

Case number (if known)_____

## Continuation Sheet for Official Form 207

**5) Repossessions, foreclosures, and returns**

| | | | | |
|---|---|---|---|---|
| Merchant Advance | c/o Joel Liberman 124 Grove Avenue/POB 356, Cedarhurst, NY 11516 | $0.00 | Froze AMEX Merchant credit card processing | 05/2019 |
| Green Capital Funding LLC | c/o Vadim Serebro Esq. 55 Broadway, 3rd Floor, New York, NY 10006 | $15,000.00 | Seized Synchrony Financial (Care Credit) Account | 05/2019 |

**7) Legal Actions**

Susquehanna Salt Lake, LLC v. Bay Ridge Chiropractic Healthcare PC, et ano

199907731

Collection

Third District Court of Sale Lake Couunty

Salt Lake Dept, State of Utah

Pending

-------

**13) Transfers not already listed on this statement**

Transferee: Susquehanna Salt Lake LLC

136 E. South Temple Ste 1400, Salt Lake City, UT 84111

Date of Transfer: 12/6/2017

Description: Sale of Future Receivables

Value: $597,333.00

---

Transferee: SPG Advance

1221 McDonald Ave, Brooklyn, NY 11230

Date of Transfer: 2/21/2019

Description: Purchase and Sale of Future Receivables

Value: $109,425.00

---

Debtor Name    Bay Ridge Chiropractic Healthcare P.C.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**Transferee: Legend Funding**

**767 3rd Avenue, Floor 32, New York, NY 10017**

**Date of Transfer: 10/19/2018**

**Description: Purchase and Sale of Future Receivables**

**Value: $37,800.00**

**---**

**Transferee: Kash Capital**

**475 Northern Blvd, Great Neck, NY 11021**

**Date of Transfer: 3/28/19**

**Description: Purchase and Sale of Future Receivables**

**Value: $73,500.00**

**---**

**Transferee: EBF Partners LLC dba Everest Business Funding**

**8200 NW 52nd Terrace 2nd Floor, Miami, FL 33166**

**Date of Transfer: 1/9/2019**

**Description: Future Receipts**

**Value: $126,040.00**

**---**

**Statement of Financial Affairs for Non-Individuals**

Fill in this information to identify the case and this filing:

Debtor Name ___Bay Ridge Chiropractic Healthcare P.C.___

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/20/2019___          ✘ /s/ Carey Skorski _____
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                         Carey Skorski _____
                                         Printed name
                                         President _____
                                         Position or relationship to debtor

United States Bankruptcy Court

Eastern District of New York

In re:  Bay Ridge Chiropractic Healthcare P.C.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____06/20/2019_____

/s/ Carey Skorski
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

A New You Chiropractic Healthcare PC
1255 Paterson Plank Rd
Secaucus, NJ 07094

American Express
PO Box 981537
El Paso, TX 79998

BB&T Commercial Equipment Capital
2 Great Valley Parkway; Suite 300
Malvern, PA 19355

BB&T Commercial Equipment Capital Corp.
2 Great Valley Parkway, Suite 300
Malvern, PA 19355

CHTC Company
P.O. Box 2576
Springfield, IL 62708

CSC as Rep

Carey Skorski
141 Columbia Ave
Jersey City, NJ 07307

Carey Skorski
141 Columbia Ave
Jersey City
NJ 07307

Chase Ink
PO Box 15298
Wilmington, DE 19850-5298

EBP Partners LLC dba Everest Business Funding
8200 NW 52nd Terrace 2nd Floor
Miami, FL 33166

Fox Capital Group
1001 N. Federal HWY Ste 310
Hallandale, FL 33009

Green Capital Funding LLC
c/o Vadim Serebro Esq.
55 Broadway, 3rd Floor
New York, NY 10006

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, NA
Collateral Mgmt Small Business
PO Box 6026 IL1-1145
Chicago, IL 60680-6026

Kash Capital
475 Northern Blvd
Ste 36
Great Neck, NY 11021

Lear Financial Corporation
146 Anton Road
Wynnewood, PA 19096

Legend Funding
767 3rd Avenue, 32 Floor
New York, NY 10017

Merchant Advance
c/o Joel Liberman
124 Grove Avenue/POB 356
Cedarhurst, NY 11516

NCMIC Finance Corporation
14001 University Ave
Clive, IA 50325

NCMIN Finance Corporation
PO Box 4866
Des Moines, IA 50305

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Navitas Credit Corp
111 Executive Center Drive
Suite 102
Columbia, SC 29210

Navitas Credit Corp.
111 Executive Center Dr.
Suite 102
Columbia, SC 29210

Navitas Credit Corp.
201 Executive Center Dr.
Suite 100
Columbia, SC 29210

Nossom T. Abrams Esq.
30 Wall Street, 8th Floor
New York, NY 10005

On Deck Capital Inc.
101 West Colfax Ave, 10th Floor
Denver, CO 80202

PNC Bank
PO Box 747032
Pittsburgh, PA 15274-7032

SPG Advance LLC
1221 McDonald Ave

SPL Partners LLC
6807 11th Avenue
Brooklyn, NY 11219

Sandstone Funding LLC
106 Apple Street Ste 200C
Eatontown, NJ 07724

Santander  Bank NA
PO Box 841002
Boston, MA 02284

Spectrum Business
400 Atlantic St
Stamford, CT 06901

Stable Car Parking Inc
9201 4th Ave
Brooklyn, NY 11209

Stephen B. Elggren, PC
PO Box 709598
Sandy, UT 84070-9598

Susquehanna Salt Lake, LLC
136 E. South Temple Ste 1400
Salt Lake City, UT 84111

Synchrony (Care Credit)
PO Box 960061
Orlando, FL 32896-0061

U.S Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

iHeart Media
PO Box 419499
Boston, MA 02241-9499

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of New York

**In re** Bay Ridge Chiropractic Healthcare P.C.

Case No. _____

**Debtor**

Chapter <u>7</u>_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,335.00_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 7,335.00_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

[ ] <u>RETAINER</u>

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [✔] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

1. Initial meeting with Client(s) to explain the Bankruptcy process;

2. Advise Client(s) concerning their obligations and duties under the Bankruptcy Code and Rules, applicable Court orders, and the provisions of their Chapter 7 Proceeding;

3. Preparation and filing of the documents required by Section 521 of the Bankruptcy Code, with Client(s)? assistance and input;

4. Preparation and filing the Voluntary Petition, Schedules of Assets and Liabilities, Statement of Financial Affairs, ?Means Test? and all other documents to be filed in the course of an ordinary Chapter 7 proceeding;

5. Attending the first Section 341(a) Meeting of Creditors with Client(s) (additional meetings based upon Client(s)? failure to appear or bring the required identification may be at an additional cost to Client(s));

6. Communicating with Client(s) after the Section 341(a) Meeting of Creditors;

7. Limited assistance to Client(s) in connection with Client(s)? response to any investigation by the Trustee, a creditor, or other interested party, of up to one (1) hour of billable time;

8. Monitoring the docket for issues related to discharge; and

9. Representation of Client(s)(including counseling) with respect to the reaffirmation, redemption, surrender, or retention of consumer goods or vehicles securing obligations to creditors.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

1. Preparation and filing of responses to all motions filed against the Client(s).

2. Representing the Client(s) in connection with an investigation by the Chapter 7 Trustee, any creditor, or any party in interest which requires more than one (1) hours? time.

3. Representing the Client(s) in connection with an F.R.B.P. Rule 2004 application, document response, and examination.

4. Representing the Client(s) in connection with a motion for relief from the automatic stay, whether litigated or resolved by agreement.

5. Representing the Client(s) in connection with a motion by the Chapter 7 Trustee seeking dismissal of the case.

6. Preparation and filing of all motions required to protect Client(s) interests, including Section 522(f) lien stripping motion, and/or Section 363 Sale motion;

7. Representing the Client(s) in a contested matter.

8. Representing the Client(s) in an Adversary Proceeding as Plaintiff or Defendant.

9. Representation of Client(s) in connection with a challenge to the Client(s) discharge and/or dischargeability of certain debts.

10. Representation of Client(s) with respect to defending objections to exemptions.

11. Representation of Client(s) in connection with a motion by a Trustee to reopen the case for the inclusion of newly discovered assets.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/20/2019

*Date*

/s/ Julie Curley, 4325494

*Signature of Attorney*

Kirby Aisner & Curley LLP

*Name of law firm*

700 Post Road
Suite 237
Scarsdale, NY 10583
jcurley@kacllp.com